IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50657
Summary Calendar

_____


SAMUEL LONGORIA,

                                        Plaintiff-Appellant,

versus

ALCON LABORATORIES, INC., et al.,

                                        Defendants,

ALCON LABORATORIES, INC.,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-94-CV-935
- - - - - - - - - -

May 16, 1996

Before GARWOOD, WIENER, and PARKER, Circuit Judges.

PER CURIAM:[*]

    Samuel Longoria appeals the grant of summary judgment in favor of his former employer, Alcon Laboratories, Inc. ("Alcon"). We have reviewed the record and the district court's order and find no reversible error in the court's granting of summary judgment to Alcon based on Longoria's failure to file a timely application for a waiver of life insurance premiums. Longoria v. Alcon Lab., Inc., No. SA-94-CA-935 (W.D. Tex. Aug. 3, 1995).

_____

    [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

AFFIRMED.